534

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
ALLEN LEE HARRIS, DEFENDANT-PETITIONER.

*Mr. Peter Murray* and *Mr. Thomas Menchin* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Alan Silber* for the respondent.

October 15, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
DAVID W. MELVIN, DEFENDANT-PETITIONER.

*Mr. Peter Murray* and *Mr. Richard Newman* for the petitioner.

*Mr. James A. Tumulty, Jr.* and *Mr. Abel Goldstein* for the respondent.

October 15, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. ANTHONY LIGORI, DEFENDANT-PETITIONER.

*Mr. Peter Murray* and *Mr. Thomas Menchin* for the petitioner.

*Mr. Leo Kaplowitz* and *Mr. Arthur J. Timins* for the respondent.

October 15, 1968. Denied.